In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00068-CV
_____

## CAROL LENELL TOWNSELL, INDIVIDUALLY AND A/N/F FOR KAITLYNN MOORE, Appellant

## V.

## DAVID WAYNE MOORE, Appellee

_____

### On Appeal from the County Court at Law No. 2
### Montgomery County, Texas
### Trial Cause No. 12-01-01069 CV

_____

### MEMORANDUM OPINION

The appellant, Carol Lenell Townsell, individually and as next friend for Kaitlynn Moore, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____

STEVE McKEITHEN
Chief Justice

Opinion Delivered June 27, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.